IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Maria Alma Villarreal | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:12-cv-00433 |
| | § | |
| The Texas A&M System | § | |
| *Defendant* | § | |

## ORDER GRANTING DEFENDANT'S
## SECOND MOTION FOR PARTIAL DISMISSAL

Came to be considered Defendant the Texas A&M University System's Second Motion for Partial Dismissal. After consideration of the motion, any applicable response thereto by Plaintiff and the controlling law, it is **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that Plaintiff's disability discrimination claim against Defendant is **DISMISSED WITH PREJUDICE**.

Signed on this 24th day of October , 2012.

JUDGE PRESIDING